**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **CEDRIC M. MCCRAY,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Case No. 7:26-cv-303-LAG-CHW** |
| **LASALLE CORRECTIONS, LLC, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

Plaintiff Cedric M. McCray, a federal detainee at Irwin County Detention Center ("ICDC") in Ocilla, Georgia filed a 42 U.S.C. § 1983 complaint. ECF No. 1. He also moved to proceed *in forma pauperis* ("IFP"). ECF No. 2. The Court has reviewed Plaintiff's motion to proceed IFP and finds it is incomplete. A prisoner or pretrial detainee seeking leave to proceed without prepayment of the filing fee must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). While Plaintiff submitted an affidavit, he failed to attach an account certification form.

Accordingly, Plaintiff is **ORDERED** to either pay the $405.00 filing fee or submit a proper motion to proceed IFP, which should include a certified copy of his trust fund account statement signed by an authorized ICDC official. The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate forms for this purpose.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this Order to comply. If Plaintiff does not timely and fully comply with this Order, this action will be dismissed. Plaintiff is further **ORDERED** to notify the Court immediately in writing of any change of address and his failure to do so may result in dismissal of this action.

**SO ORDERED** and **DIRECTED**, this 6th day of October, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge